HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Federal Defenders Office
Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
RACHEL MADONNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:21-cr-00052-CKD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE AND EXCLUDE |
| v. | ) TIME UNDER THE SPEEDY TRIAL ACT |
| RACHEL MADONNA, | ) Date: May 13, 2021 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Alstyn Bennett, Assistant United States Attorney, and Linda C. Allison, Assistant Federal Defender, attorney for RACHEL MADONNA, that the status conference set on May 13, 2021 at 9:00 a.m. be continued to July 29, 2021 at 9:30 a.m.

This continuance is requested because defense counsel needs additional time to investigate, review and provide documents to the government to further discuss plea negotiations. The parties agree that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

Stipulation and [Proposed] Order to
Continue Status Conference

-1-

The parties agree to continue the status conference to July 29, 2021. Additionally, the parties stipulate that for the purpose of computing time under the Speedy Trial Act, the Court should exclude time from the date of this order through July 29, 2021, for defense preparation and investigation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 10, 2021                          Respectfully submitted,

                                                         HEATHER WILLIAMS
                                                         Federal Defender

                                                         */s/Linda C. Allison*
                                                         LINDA C. ALLISON
                                                         Assistant to the Federal Defender
                                                         Attorneys for Defendant
                                                         RACHEL MADONNA

Dated: May 10, 2021                          PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                         */s/ Alstyn Bennett*
                                                         ALSTYN BENNETT
                                                         Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED that the status conference set for May 13, 2021 be continued to July 29, 2021 at 9:30 a.m. It is further ordered that the time from the date of the parties' stipulation, May 10, 2021, up to and including July 29, 2021, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] (Local Code T4).

IT IS SO ORDERED.

Dated: May 11, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE