# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    **USDC Case Number: 2:21-cr-0052-CKD**

v.                                           **JUDGMENT IN CRIMINAL CASE**
**RACHEL M MADONNA**                         **(Class B Misdemeanor)**

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

Charge(s) Defendant Convicted of:                Nature of Charge(s)
16 USC § 551 and 36 C.F.R. § 261.58(e)           Camping When Prohibited by Order

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $ 0 a special assessment of $20.00, due immediately or no later than 09/09/2022.

☒ **COURT PROBATION (UNSUPERVISED)** for a term of 12months, expiring on 09/09/2022. Your conditions of probation are as follows:

1.   Your probation shall be unsupervised;
2.   You shall not enter the TAHOE NATIONAL FOREST.

   **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of_beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on_by_.

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on_at_and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing.  Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could be placed on your driving record.  The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your  name  and case  number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED:  9/9/2021                             /s/ *Carolyn K. Delaney*
                                             _____
                                             **Carolyn K. Delaney**
                                             United States Magistrate Judge

CRD  Initials: js