UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 09, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RACHEL M MADONNA,<br><br>Defendant. | Case No. 2:21-cr-52-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  RACHEL M MADONNA , Case No. 2:21-cr-52-CKD  Charge 16 USC § 551 and 36 C.F.R. § 261.58(e) , from custody for the following reasons:

\_\_\_\_\_  Release on Personal Recognizance

\_\_\_\_\_  Bail Posted in the Sum of $ _____

\_\_\_\_\_  Unsecured Appearance Bond $ _____

\_\_\_\_\_  Appearance Bond with 10% Deposit

\_\_\_\_\_  Appearance Bond with Surety

\_\_\_\_\_  Corporate Surety Bail Bond

  X     (Other):    TIME SERVED SENTENCE

Issued at Sacramento, California on September 09, 2021 at  9:50 am    .

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney